# UNITED STATES DISTRICT COURT
для
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY 11 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.
Adan Casillas

Case No: 1:13cr100HSO-JCG-002
USM No: 17812-043

Date of Original Judgment: 10/27/2015
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Mike Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/27/2015 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 11, 2017

Effective Date: May 11, 2017
*(if different from order date)*

The Honorable Halil S. Ozerden, U. S. District Judge
*Printed name and title*